IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JENNIFER BURNETTE**,

       *Plaintiff*,

v.                   Cause No. 3:21-CV-00773-CWR-LGI

**CCFI, LLC**,

       *Defendant*.

## ORDER TO SHOW CAUSE

This matter is before the Court on its own motion.

On December 3, 2021, Plaintiff Jennifer Burnette filed the present lawsuit, in which she alleged racial discrimination and retaliation in violation of Title VII and 42 U.S.C. §1981 by Defendant CCFI, LLC. That same day, the Clerk of Court issued summons for the defendants. A server filed proof of summons for each defendant with the Court on December 17, 2021, rendering the defendants' answers due January 4, 2022.

The Defendant has not met this deadline. Indeed, since the filing of the proof of service, the docket indicates no further action in this matter. It is time to move this case along. Within 14 days of entry of this Order, counsel for the plaintiff shall file for a default judgment against the Defendant, or the Court will dismiss this action without prejudice. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) (discussing the inherent authority of a Court to issue sanctions, including "to dismiss a plaintiff's action because of his failure to prosecute . . . in

order to prevent undue delays in the disposition of pending cases and avoid congestion in the calendars of the District Courts").

**SO ORDERED**, this the 6th day of December, 2022.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE